## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## MCALLEN DIVISION

| | | |
|---|---|---|
| **Francisco Omar Garcia Jr.** | § | |
| *Plaintiff,* | § | |
| | § | |
| **vs.** | § | **CIVIL ACTION NO. 7:23-cv-98** |
| | § | |
| | § | |
| **State Auto Insurance Companies,** | § | |
| *Defendant.* | § | |

### AMENDED NOTICE OF REMOVAL OF DEFENDANT
### STATE AUTO INSURANCE COMPANIES

NOW COMES Defendant, STATE AUTO INSURANCE COMPANIES ("State Auto"), and files this Amended Notice of Removal of the present action from the County Court at Law No. 9 of Hidalgo County, Texas, where it was filed as Cause No. CL-22-4622-I ("the State Court Action"), to the United States District Court for the Southern District of Texas, McAllen Division. As grounds for removal, Defendant states as follows:

### I. INTRODUCTION

1.    The present auto liability suit arises from an alleged automobile incident that occurred on January 11, 2022, in the 500 block of West Owassa Road in Pharr, Hidalgo County, Texas.[1] At the time of the alleged incident, Plaintiff was traveling eastbound within the inside lane of West Owassa Road approaching a private drive at 501 West Owassa Road. Third-Party Tortfeasor Edward Vargas was exiting from a private drive at 501 West Owassa Road and failed to yield right of way. Ex. 1, P. 2. Plaintiff claims Vargas, failed to yield right of way and struck Mr. Garcia, causing the incident made the basis of the lawsuit, and thereby sustaining alleged

---

[1] Plaintiffs' Original Petition, P. 2, *Exhibit "1"* attached hereto.

injuries losses and/or damages.[2]    Plaintiffs seek monetary relief over $200,000 but less than $1,000,000.00.[3]

2.      On November 7, 2022, Plaintiff filed the State Court Action naming State Auto and Third-Party Tortfeasor Vargas as Defendants and asserting claims for negligence and benefits under the uninsured/underinsured motorist provisions.[4] As damages, Plaintiff seeks medical expenses in the past and future, physical pain and mental anguish, in the past and future, physical impairment in the past and future, lost wages and loss of earning capacity in the past and future, as well as scarring and disfigurement.[5]

4.      On February 21, 2023, Plaintiff executed a Release against Defendant Vargas.[6] However, the settling co-defendant provided information regarding the settlement for the first time on February 28, 2023.[7] Despite requests for the settlement release to be supplemented with Disclosures, Plaintiff has not provided the release to State Auto directly.

3.      On March 3, 2023, Plaintiff filed a Notice of Non-Suit with Prejudice to Third-Party Tortfeasor Edward Vargas[8]. Plaintiff's Order of Non-Suit as to Defendant Vargas was signed by the District Judge on March 8, 2023[9]. As of March 3, 2023, the only parties to the State Action were Plaintiff and State Auto.

4.      Pursuant to 28 U.S.C. § 1446(a), all process, pleadings, and orders served on Defendants in the State Court Action are attached hereto.

---

[2]Plaintiff's Original Petition, P. 2, **_Exhibit "1"_** attached hereto.
[3]Plaintiff's Original Petition, P. 5, **_Exhibit "1"_** attached hereto.
[4]Plaintiff's Original Petition, P. 5, **_Exhibit "1"_** attached hereto.
[5]Plaintiff's Original Petition, P. 4, **_Exhibit "1"_** attached hereto.
[6]Release Agreement Defendant Vargas, **_Exhibit "10"_** attached hereto.
[7] Email Correspondence from Co-Defendant's Counsel., **_Exhibit "11"_** attached hereto.
[8] Plaintiff's Notice of Non-Suit with Prejudice to Defendant Vargas, **_Exhibit "8"_** attached hereto.
[9] Plaintiff's Order of Non-Suit to Defendant Vargas, **_Exhibit "9"_** attached hereto.

## II. <u>Citizenship of the Parties and Jurisdiction</u>

5.      Upon information and belief, Plaintiff Francisco Omar Garcia is a citizen of Hidalgo County, Texas. *See* Plaintiffs' Original Petition, P.2, ***Exhibit "1."***

6.      State Auto is a domestic corporation organized under the laws of the state of Iowa with its principal place of business located at 4601 Westown Parkway, Suite 3000, West Des Moines, Iowa 50266. Therefore, State Auto is a citizen of Iowa.

7.      Accordingly, removal is proper under 28 U.S.C. § 1332 because there is a complete diversity between the parties.

## II. REMOVAL IS TIMELY

5.      Plaintiff served Defendant State Auto Insurance Companies with process on November 10, 2022[10]. Plaintiff served Defendant Edward Vargas with process on November 12, 2022[11]. Pursuant to 28 U.S.C. § 1446(b)(3), Defendant now timely files this Notice of Removal within thirty days of the date State Auto was served with a pleading of which it could first ascertain that the case is removable. Specifically, State Auto is filing this removal within thirty days of March 3, 2023, which is the date that Plaintiff non-suited Third-Party Tortfeasor Edward Vargas and complete diversity existed between Plaintiff and State Auto[12]. Further, this removal is filed within one year of commencement of the action, as required by 28 U.S.C. § 1446(c)(1).

## III. GROUNDS FOR REMOVAL

6.      Removal is proper because Plaintiff and Defendant are completely diverse, and the amount in controversy exceeds $75,000, exclusive of interest and costs. *See* 28 U.S.C. § 1332(a)(1).[13]

---

[10] Return of Service, State Auto Insurance Companies, ***Exhibit "3"*** attached hereto.
[11] Return of Service, Edward Vargas, ***Exhibit "5"*** attached hereto.
[12] Plaintiff's Notice of Non-Suit of Edward Vargas, ***Exhibit "8"*** attached hereto; *See* ***Exhibit 9*** – Order of Non-Suit to Defendant Edward Vargas.
[13] Plaintiff's Original Petition, ¶ 1, 55, ***Exhibit "1"*** attached hereto.

**A.**    **The Amount in Controversy Exceeds $75,000**

7.    As required under section 28 U.S.C. 1332(a), the amount in controversy in this litigation exceeds the sum or value of $75,000, exclusive of interest and costs.  As noted in paragraphs 1 and 5, above, Plaintiff seeks recovery of damages for personal injuries, losses and/or damages he alleges to have sustained during this incident and requests monetary relief that falls in an amount of over $200,000.00 but less than $1,000,000.00.[14]

**B.**    **Complete Diversity of Citizenship Between Plaintiffs and Defendant**

8.    Complete diversity "requires that all persons on one side of the controversy be citizens of different states than all persons on the other side." *See McLaughlin v. Mississippi Power Co.,* 376 F.3d 344, 353 (5th Cir.2004); *Harvey v. Grey Wolf Drilling Co.*, 542 F.3d 1077, 1079 (5th Cir. 2008). Complete diversity exists in this case between Plaintiff and Defendant because Defendant is citizen of the State of Iowa, and Plaintiff is a citizen with the State of Texas.[15] Here, Plaintiff and Defendant are citizens of different states, thus, there is complete diversity of citizenship between the parties. *See Hertz Corp. v. Friend*, 559 U.S. 77 (2010); *McLaughlin*, 376 F.3d at 353; *Harvey*, 542 F.3d at 1079.

### IV. VENUE IS PROPER

9.    Venue is proper in this Court under 28 U.S.C. § 1441(a) because this district and division embrace the location in which the removed State Court Action has been pending. Specifically, the McAllen Division of the Southern District of Texas encompasses Hidalgo County, Texas.  *See* 28 U.S.C. § 124(d)(4).

---

[14] *Id.* at ¶¶ 1, 55.

[15] Plaintiff's Original Petition, ¶ 3, ***Exhibit "1"***; *See **Exhibit 2*** - Citation addressed to Defendant State Auto Insurance Companies; ***Exhibit 3*** - Return of Citation for Defendant State Auto Insurance Companies; and ***Exhibit 6*** – Defendant State Auto Insurance Companies Original Answer filed in State Court.

## V. <span style="font-variant: small-caps;">Defendant Has Complied With All Procedural Requirements For Removal</span>

10.     As required under 28 U.S.C. § 1446(a), the following documents are attached to this Notice of Removal:

| | | |
|---|---|---|
| a. | ***Exhibit 1*:** | Plaintiff's Original Petition; |
| b. | ***Exhibit 2***: | Citation of Defendant State Auto Insurance Companies; |
| c. | ***Exhibit 3***: | Return of Service Defendant State Auto Insurance Companies; |
| d. | ***Exhibit 4***: | Citation of Defendant Edward Vargas; |
| e. | ***Exhibit 5***: | Return of Service Defendant Edward Vargas; |
| f. | ***Exhibit 6*:** | Original Answer of Defendant State Auto Insurance Companies; |
| g. | ***Exhibit 7*:** | Original Answer of Defendant Edward Vargas; |
| h. | ***Exhibit 8*:** | Plaintiff's Notice of Non-Suit Defendant Edward Vargas; |
| i. | ***Exhibit 9*:** | Order of Non-Suit Defendant Edward Vargas; |
| j. | ***Exhibit 10*:** | Release of Co-Defendant, Edward Vargas. |
| k. | ***Exhibit 11*:** | Email Correspondence from Co-Defendant's Counsel. |
| l. | ***Exhibit 12*:** | Index of Documents Filed in State Court Action; |
| m. | ***Exhibit 13*:** | Case Docket Sheet; and |
| n. | ***Exhibit 14*:** | Defendant State Auto Insurance Companies List of Attorneys. |

11.     A Notification of Removal of Civil Action has today been filed with the County Court of Hidalgo County, Texas as required by 28 U.S.C. § 1446(d) and served on Plaintiff's attorney of record.

12.     The filing fee has been paid by Defendant to the Clerk of the Court.

## VI. JURY DEMAND

13.    Defendant made a jury demand in the State Court Action.

## VII. CONCLUSION AND PRAYER

14.    Defendant represents it has complied with the removal statutes set forth above, and, thus, this action stands removed from the County Court at Law No. 9 of Hidalgo County, Texas, to the United States District Court for the Southern District of Texas, McAllen Division. Accordingly, the filing of this notice, along with the filing of the notice in the State Court Action and service of same upon Plaintiff's counsel serves immediately to confer exclusive jurisdiction of this action upon this court, and divests the state court of all jurisdiction over these proceedings and claims.

15.    This Amended Notice of Removal is filed expressly subject to and without waiving any defenses or objections to Plaintiff's Original Petition as allowed by the Federal Rules of Civil Procedure or by any applicable law.

RESPECTFULLY SUBMITTED,

**LANGLEY & BANACK, INC.**
Trinity Plaza II, Seventh Floor
745 East Mulberry, Suite 700
San Antonio, Texas 78212-3166
(210) 736-6600 – Telephone
(210) 735-6889 – Telecopier
E-mail: mmacias@langleybanack.com
E-mail: dsaldana@langleybanack.com

By: _____
       **MARK E. MACIAS**
       State Bar No. 00794206
       **DANIEL SALDANA**
       State Bar No. 24102447

**ATTORNEYS FOR DEFENDANT**
**STATE AUTO INSURANCE COMPANIES**

6

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this **11th** day of **May, 2023**, a true and correct copy of the foregoing instrument was served on counsel of record as provided for in Tex.R.Civ.P. 21a.

Jorge Muñoz                              **Via Email:** legal@munozlawgroup.com
LAW OFFICE OF JORGE MUÑOZ, P.L.L.C.
210 W. Cano St., Suite A
Edinburg, Texas 78539

Chris R. Brasure                        **Via Email:** chris@brasurelaw.com
BRASURE LAW FIRM, PLLC
135 Paseo Del Prado, Suite 32
Edinburg, Texas 78539

**Attorneys for Plaintiff**

_____
Mark E. Macias

# EXHIBIT 1

Electronically Submitted
11/7/2022 10:10 AM
Hidalgo County Clerk
Accepted by: Catherine Chavez

CAUSE NO. CL-22-4622-I

| | | |
|---|---|---|
| **FRANCISCO OMAR GARCIA JR.** | § | **IN THE COUNTY COURT** |
| *Plaintiff,* | § | |
| | § | |
| **VS** | § | |
| | § | **AT LAW NO. _____** |
| **EDWARD VARGAS AND** | § | |
| **STATE AUTO INSURANCE** | § | |
| **COMPANIES** | § | |
| *Defendants.* | § | **HIDALGO COUNTY, TEXAS** |

## PLAINTIFF'S ORIGINAL PETITION

**TO THE HONORABLE JUDGE OF THE COURT:**

**NOW COMES FRANCISCO OMAR GARCIA JR.** Plaintiff herein, complaining of

EDWARD VARGAS AND STATE AUTO INSURANCE COMPANIES, Defendants herein, and

for cause of action respectfully show the following:

**I.**

This case is intended to be conducted as a Level 2 Discovery Control Plan case.

**II.**

Plaintiff, FRANCISCO OMAR GARCIA JR.  is a resident of McAllen, Hidalgo County,

Texas.

Defendant EDWARD VARGAS is an individual who resides in Hidalgo County, Texas.

Said Defendant may be served with Process at the following address: 7019 West Mile 5 Road

Mission, Texas 78574, or wherever he may be found. Service of citation is requested by private

process server.

Defendant STATE AUTO INSURANCE COMPANIES, is an insurance company licensed

to do business in the state of Texas and said Defendant may be served with process herein by

*Plaintiffs' Original Petition*
*Page 1 of 6*

Electronically Submitted
11/7/2022 10:10 AM
Hidalgo County Clerk
Accepted by: Catherine Chavez

**CL-22-4622-I**

serving its agent for service via certified mail, return receipt requested, to: Corporation Service

Company, 211 E. 7th Street Ste 620 Austin, Texas 78701-3218.

### III.

This suit is brought pursuant to the law of negligence, contract law and Section 1952.110

of the Texas Insurance Code and venue is proper in Hidalgo County, Texas pursuant to said Section

1952.110 and also pursuant to Sections 15.002(a)(1), 15.032, and 15.038 of the Texas Civil

Practices And Remedies Code since Hidalgo County, Texas is the county where the collision made

the basis of this lawsuit occurred and also the county in which the insurance policy beneficiary

(i.e. the Plaintiff) resided at the time of the collision and continuing to the present date. Pursuant

to Texas rules of Civil Procedure 502.4 (b)(1) suit is brought in Hidalgo County, Texas where the

Defendant lives, and accident took place.

### IV.

On or about January 11, 2022, at approximately 3:02 P.M. a vehicular collision occurred

on the 500 Block of West Owassa Road in Pharr, Hidalgo County, Texas. At said time and place,

Plaintiff Francisco Omar Garcia Jr. was the operator of a 2019 Ford Ranger, where he was traveling

eastbound at about the 500 Block of West Owassa Road on the inside lane. A 2012 Ford F-150

operated by the Defendant; Edward Vargas was exiting from a private drive at 501 West Owassa

Road, failed to yield right of way and struck Mr. Garcia. As a proximate result of such collision

the Plaintiff suffered serious, severe and disabling personal bodily injuries. The collision in

question and the injuries to the Plaintiff were proximately caused by the negligence of the

Defendant, Edward Vargas.

*Plaintiffs' Original Petition*
*Page 2 of 6*

Electronically Submitted
11/7/2022 10:10 AM
Hidalgo County Clerk
Accepted by: Catherine Chavez

CL-22-4622-I

## V.

The legal damages suffered by the Plaintiff as hereinbelow set forth exceeds the maximum per person bodily injury liability limit of coverage provided to the at fault (i.e. underinsured) motorist, Edward Vargas via his policy (claim #0656356342) of automobile liability insurance with Allstate Fire and Casualty Insurance Company. Therefore, Edward Vargas is an "underinsured motorist" as that term is defined by the Texas Insurance Code and as also defined in the policy of insurance issued by Defendant State Auto Insurance Companies which was covering the Plaintiff and the 2019 Ford Ranger which he was operating under policy number 10039545CA.

Hence, the Plaintiff hereby claims benefit due under the uninsured/<u>underinsured</u> motorist provisions of the auto insurance policy issued by the Defendant STATE AUTO INSURANCE COMPANIES (i.e. policy #10039545CA) which was in full force, effect and providing coverage to the Plaintiff on the date in question. The limits of per person coverage for underinsured motorist benefits contained in the aforesaid policy are One Million Dollars ($1,000,000.00). Said benefits claimed by Plaintiff from the Defendant STATE AUTO INSURANCE COMPANIES are those which represent and/or will represent that portion of the Plaintiff damages found on this cause which exceed the amount of liability coverage provided to the underinsured motorist Edward Vargas by the above referenced liability policy (claim #0656356342) of Allstate Fire and Casualty Insurance Company.

All conditions precedent and terms of the aforementioned policy issued by the Defendant STATE AUTO INSURANCE COMPANIES covering the Plaintiff and required to be met prior to filing this suit have heretofore been satisfied.

*Plaintiffs' Original Petition*
*Page 3 of 6*

Electronically Submitted
11/7/2022 10:10 AM
Hidalgo County Clerk
Accepted by: Catherine Chavez

**CL-22-4622-I**

## VI.

The collision in question and the injuries to Plaintiff FRANCISCO OMAR GARCIA JR were proximately caused by the negligent acts and/ or omissions of the underinsured motorist Edward Vargas, in, but not limited to, the following particulars:

1.) Driving a vehicle in willful disregard for the safety of persons or property;

2.) Failing to keep a proper lookout;

3.) Failing to properly and timely apply brakes;

4.) Failing to maintain proper control of his vehicle;

5.) Failing to give proper warning of an impending collision;

6.) Failing to control his vehicle's speed;

7.) Traveling at a greater rate of speed than a person of ordinary prudence under the same of similar circumstances;

8.) Failing to timely apply brakes; and

9.) Failing to maintain an assured clear distance between his vehicle and the preceding (i.e. Plaintiff's) vehicle so that, considering the speed of the vehicles, traffic, and the conditions on the roadway, she could safely stop without colliding with the rear of the vehicle preceding her. Such omission constitutes negligence per se.

## VII.

As a proximate result of the underinsured motorist Edward Vargas' negligence, the Plaintiff FRANCISCO OMAR GARCIA JR has been injured in the following particulars:

1.) Medical care expenses, past and future;

2.) Physical pain and mental anguish, past and future;

3.) Physical Impairment, past and future;

4.) Lost wages and loss of earning capacity, past and future; and

5.) Scarring and disfigurement.

*Plaintiffs' Original Petition*
*Page 4 of 6*

Electronically Submitted
11/7/2022 10:10 AM
Hidalgo County Clerk
Accepted by: Catherine Chavez

CL-22-4622-I

## VIII.

Plaintiff seeks recovery of such pre-judgment and post-judgment interest as permitted by law.

Plaintiff reserves the right to prove the amount of damages at trial. Plaintiff reserves the right to amend his petition, to add additional counts upon further discovery as this investigation continues.

## IX.

Should it be shown that the Plaintiff was suffering from any pre-existing injury, disease and/or condition at the time of the collision in question then Plaintiff will show that the same was aggravated and/or exacerbated by the superimposition of the trauma caused by the above-described collision.

Plaintiff also hereby provides notice of intent to utilize items produced in discovery against the party producing same. The authenticity of such items will be deemed self-proven to the extent permitted by TRCP 193.7.

WHEREFORE, PREMISES CONSIDERED, Plaintiff prays for judgment to be rendered against the Defendants in an amount of over $200,00.00 but less than 1,000,000.00o for their actual legal damages favoring the Plaintiff, in accordance with T.R.C.P. 47 (c) (4), as well as for pre-judgment interest, post-judgment interest, court costs, and all such other relief at law or in equity to which the Plaintiff may be justly entitled from the Defendants.

Electronically Submitted
11/7/2022 10:10 AM
Hidalgo County Clerk
Accepted by: Catherine Chavez

**CL-22-4622-I**

Respectfully submitted,

**LAW OFFICE OF JORGE MUÑOZ, P.L.L.C.**
210 W. Cano St., Suite A
Edinburg, TX 78539
Phone: 956-287-2889
FAX:   956-287-2886
Email:  legal@munozlawgroup.com

_____
Jorge Muñoz
State Bar No. 24072249

ATTORNEY FOR PLAINTIFF

*Plaintiffs' Original Petition*
*Page 6 of 6*

# EXHIBIT 2

**CAUSE NO. CL-22-4622-I**

THE STATE OF TEXAS
COUNTY OF HIDALGO

NOTICE TO DEFENDANT:  "You have been sued.  You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty (20) days after you were served this citation and petition, a default judgment may be taken against you."

To:    STATE AUTO INSURANCE COMPANIES
       MAY BE SERVED BY SERVING ITS AGENT FOR SERVICE
       CORPORATION SERVICE COMPANY,
       211 E. 7TH STREET STE 620
       AUSTIN, TEXAS 78701-3218

GREETINGS: You are commanded to appear by filing a written answer to the Plaintiff's petition at or before 10 o'clock A.M.  on or before the Monday next after the expiration of twenty (20) days after the date of service hereof, before the Honorable County Court At Law #9 of Hidalgo County, Texas, by and through the Hidalgo County Clerk at 100 N. Closner, First Floor, Edinburg, Texas 78539. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org.

Said Plaintiff's Petition was filed in said Court, on the 7th day of November, 2022 in this Cause Numbered CL-22-4622-I on the docket of said Court, and styled,

**FRANCISCO OMAR GARCIA, JR.**
vs.
**EDWARD VARGAS; STATE AUTO INSURANCE COMPANIES**

The nature of Plaintiff's demand is fully shown by a true and correct copy of Plaintiff's Original Petition accompanying this Citation and made a part hereof.

NAME & ADDRESS OF ATTORNEY FOR PLAINTIFF:
    JORGE MUNOZ
    210 W CANO ST STE A
    EDINBURG TX  78539
    PHONE: 956-287-2889

The officer executing this citation shall promptly serve the same according to requirements of law, and the mandates hereof, and make due return as the law directs.

ISSUED AND GIVEN UNDER MY HAND AND SEAL OF SAID COURT, at Edinburg, Texas this 7th day of November, 2022.

ARTURO GUAJARDO, JR.
COUNTY CLERK, HIDALGO COUNTY, TEXAS
100 N. CLOSNER
EDINBURG, TEXAS 78539
COUNTY COURT AT LAW #9

BY _____ DEPUTY
         SARAH REYES

SHERIFF'S/CONSTABLE'S/CIVIL PROCESS

SHERIFF'S RETURN
    Came to hand on the _____ day of _____, 20 _____, at _____ o'clock _____
M., by Deputy (Sheriff/Constable)/Civil Process Server and to-wit the following:

DEFENDANT SERVED

    Service was EXECUTED on the above referenced Defendant, in person, in Hidalgo County, Texas and served with a true copy of this Citation, with the date of delivery endorsed thereon, together with the accompanying copy of the Plaintiff's Petition, at the following
Date, time, and place, to-wit:

NAME _____ DATE _____ TIME _____ PLACE _____

By: _____    By: _____
          CIVIL PROCESS SERVER                          DEPUTY SHERIFF/CONSTABLE

**DEFENDANT NOT SERVED**
    Service was ATTEMPTED at the above address on the above referenced Defendant on the following date(s) and time(s), but to no avail:

NAME _____ DATE _____ TIME _____ PLACE _____

NAME _____ DATE _____ TIME _____ PLACE _____

NAME _____ DATE _____ TIME _____ PLACE _____

By; _____    By: _____
          CIVIL PROCESS SERVER                          DEPUTY SHERIFF/CONSTABLE

**COMPLETE IF YOU ARE A PERSON OTHER THAN A SHERIFF,
CONSTABLE OR CLERK OF THE COURT**

In accordance to rule 107, the officer or authorized person who serves or attempts to serve a citation must sign the return. If the return is signed by a person other than a sheriff, constable or the clerk of the court, the return must either be verified or be signed under the penalty of perjury. A return signed under penalty of perjury must contain the statement below in substantially the following form:

"My name is _____, my date of birth is _____ and my address is

_____. I declare under penalty of perjury that the foregoing is true and correct

EXECUTED in _____County, state of Texas, on the ___ day of _____, 20____.

_____
DECLARANT

_____
If Certified by the Supreme Court of Texas
Date of Expiration /PSC Number

# EXHIBIT 3

## CERTIFICATE OF RETURN

## TRCP 107

This is to certify that on this the **7th day of November, 2022**, I, Sarah Reyes, Deputy Clerk of the County Court At Law #9 of Hidalgo County, Texas mailed to **State Auto Insurance Companies,** Defendant,  in Cause No. **CL-22-4622-I,**

**Francisco Omar Garcia, Jr.**
**Vs.**
**Edward Vargas, State Auto Insurance Companies**

a copy of Citation And Petition, by certified mail, return receipt requested. Return receipt was received **on this the 10th day of November, 2022, CLAIMED , #92148901066154000180705982.** See attached return.

**GIVEN UNDER HAND AND SEAL OF SAID COURT**, at office in Edinburg, Texas on this the 14th day of November, 2022

**Arturo Guajardo, Jr., Hidalgo County Clerk**
**Hidalgo County, Texas**

**Sarah Reyes, Deputy Clerk**



November 10, 2022



Dear MAIL MAIL:

The following is in response to your request for proof of delivery on your item with the tracking number:
**9214 8901 0661 5400 0180 7059 82**.

| Item Details | |
|---|---|
| **Status:** | Delivered, Individual Picked Up at Postal Facility |
| **Status Date / Time:** | November 10, 2022, 8:24 am |
| **Location:** | AUSTIN, TX 78701 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| **Recipient Name:** | STATE AUTO INSURANCE COMPANIES |

| Recipient Signature |
|---|



Signature of Recipient:

Address of Recipient:

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

The customer reference information shown below is not validated or endorsed by the United States Postal Service.  It is solely for customer use.

Reference ID: 921489010661540001807059 82
CL-22-4622-I
STATE AUTO INSURANCE COMPANIES
MAY BE SERVED BY SERVING ITS AGENT FOR SERVICE
CORPORATION SERVICE COMPANY,
211 E. 7TH STREET STE 620
AUSTIN, TX  78701-3218

# EXHIBIT 4

Electronically Submitted
11/7/2022 11:39 AM
Hidalgo County Clerk
Accepted by: Sarah Reyes

CAUSE NO. CL-22-4622-I

THE STATE OF TEXAS
COUNTY OF HIDALGO


 NOTICE TO DEFENDANT:  "You have been sued.  You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty (20) days after you were served this citation and petition, a default judgment may be taken against you."

> To:  EDWARD VARGAS
> 7019 WEST MILE 5 ROAD
> MISSION, TEXAS 78574
> OR WHEREVER HE MAY BE FOUND

GREETINGS: You are commanded to appear by filing a written answer to the Plaintiff's petition at or before 10 o'clock A.M.  on or before the Monday next after the expiration of twenty (20) days after the date of service hereof, before the Honorable County Court At Law #9 of Hidalgo County, Texas, by and through the Hidalgo County Clerk at 100 N. Closner, First Floor, Edinburg, Texas 78539. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org.

Said Plaintiff's Petition was filed in said Court, on the 7th day of November, 2022 in this Cause Numbered CL-22-4622-I on the docket of said Court, and styled,

**FRANCISCO OMAR GARCIA, JR.**
**vs.**
**EDWARD VARGAS; STATE AUTO INSURANCE COMPANIES**

The nature of Plaintiff's demand is fully shown by a true and correct copy of Plaintiff's Original Petition accompanying this Citation and made a part hereof.

NAME & ADDRESS OF ATTORNEY FOR PLAINTIFF:
> JORGE MUNOZ
> 210 W CANO ST STE A
> EDINBURG TX  78539
> PHONE: 956-287-2889

The officer executing this citation shall promptly serve the same according to requirements of law, and the mandates hereof, and make due return as the law directs.

ISSUED AND GIVEN UNDER MY HAND AND SEAL OF SAID COURT, at Edinburg, Texas this 7th day of November, 2022.

> ARTURO GUAJARDO, JR.
> COUNTY CLERK, HIDALGO COUNTY, TEXAS
> 100 N. CLOSNER
> EDINBURG, TEXAS 78539
> COUNTY COURT AT LAW #9

BY _____ DEPUTY
SARAH REYES

Electronically Submitted
11/7/2022 11:39 AM
Hidalgo County Clerk
Accepted by: Sarah Reyes

SHERIFF'S/CONSTABLE'S/CIVIL PROCESS

SHERIFF'S RETURN

   Came to hand on the _____ day of _____, 20 _____, at _____ o'clock _____ M., by Deputy (Sheriff/Constable)/Civil Process Server and to-wit the following:

DEFENDANT SERVED

   Service was EXECUTED on the above referenced Defendant, in person, in Hidalgo County, Texas and served with a true copy of this Citation, with the date of delivery endorsed thereon, together with the accompanying copy of the Plaintiff's Petition, at the following
Date, time, and place, to-wit:

   NAME _____ DATE _____ TIME _____ PLACE _____

   By: _____     By: _____
      CIVIL PROCESS SERVER         DEPUTY SHERIFF/CONSTABLE

**DEFENDANT NOT SERVED**
   Service was ATTEMPTED at the above address on the above referenced Defendant on the following date(s) and time(s), but to no avail:

NAME _____ DATE _____ TIME _____ PLACE _____

NAME _____ DATE _____ TIME _____ PLACE _____

NAME _____ DATE _____ TIME _____ PLACE _____

   By; _____     By: _____
      CIVIL PROCESS SERVER         DEPUTY SHERIFF/CONSTABLE

     **COMPLETE IF YOU ARE A PERSON OTHER THAN A SHERIFF,**
      **CONSTABLE OR CLERK OF THE COURT**
In accordance to rule 107, the officer or authorized person who serves or attempts to serve a citation must sign the return. If the return is signed by a person other than a sheriff, constable or the clerk of the court, the return must either be verified or be signed under the penalty of perjury. A return signed under penalty of perjury must contain the statement below in substantially the following form:

"My name is _____, my date of birth is _____ and my address is

_____. I declare under penalty of perjury that the foregoing is true and correct

EXECUTED in _____County, state of Texas, on the ____ day of _____, 20_____.

_____
DECLARANT

_____
If Certified by the Supreme Court of Texas
Date of Expiration /PSC Number

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 69931059
Status as of 11/7/2022 11:51 AM CST

Associated Case Party: FranciscoOmarGarcia

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Jorge Muñoz | | efile@munozlawgroup.com | 11/7/2022 11:39:17 AM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| legal @munozlawgroup.com | | legal@munozlawgroup.com | 11/7/2022 11:39:17 AM | SENT |

# EXHIBIT 5

Electronically Submitted
11/16/2022 8:13 AM
Hidalgo County Clerk
Accepted by: Sarah Reyes

**CAUSE NO. CL-22-4622-I**

THE STATE OF TEXAS
COUNTY OF HIDALGO

NOTICE TO DEFENDANT: "You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty (20) days after you were served this citation and petition, a default judgment may be taken against you."

To:    EDWARD VARGAS
       7019 WEST MILE 5 ROAD
       MISSION, TEXAS 78574
       OR WHEREVER HE MAY BE FOUND

GREETINGS: You are commanded to appear by filing a written answer to the Plaintiff's petition at or before 10 o'clock A.M. on or before the Monday next after the expiration of twenty (20) days after the date of service hereof, before the Honorable County Court At Law #9 of Hidalgo County, Texas, by and through the Hidalgo County Clerk at 100 N. Closner, First Floor, Edinburg, Texas 78539. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org.

Said Plaintiff's Petition was filed in said Court, on the 7th day of November, 2022 in this Cause Numbered CL-22-4622-I on the docket of said Court, and styled,

**FRANCISCO OMAR GARCIA, JR.**
**vs.**
**EDWARD VARGAS; STATE AUTO INSURANCE COMPANIES**

The nature of Plaintiff's demand is fully shown by a true and correct copy of Plaintiff's Original Petition accompanying this Citation and made a part hereof.

NAME & ADDRESS OF ATTORNEY FOR PLAINTIFF:
    JORGE MUNOZ
    210 W CANO ST STE A
    EDINBURG TX 78539
    PHONE: 956-287-2889

The officer executing this citation shall promptly serve the same according to requirements of law, and the mandates hereof, and make due return as the law directs.

ISSUED AND GIVEN UNDER MY HAND AND SEAL OF SAID COURT, at Edinburg, Texas this 7th day of November, 2022.

                    ARTURO GUAJARDO, JR.
                    COUNTY CLERK, HIDALGO COUNTY, TEXAS
                    100 N. CLOSNER
                    EDINBURG, TEXAS 78539
                    COUNTY COURT AT LAW #9

            BY _____ DEPUTY
                    SARAH REYES

Electronically Submitted
11/16/2022 8:13 AM
Hidalgo County Clerk
Accepted by: Sarah Reyes

SHERIFF'S/CONSTABLE'S/CIVIL PROCESS

SHERIFF'S RETURN

      Came to hand on the _____ day of _____, 20 ____, at _____ o'clock _____ M., by Deputy (Sheriff/Constable)/Civil Process Server and to-wit the following:

DEFENDANT SERVED

      Service was EXECUTED on the above referenced Defendant, in person, in Hidalgo County, Texas and served with a true copy of this Citation, with the date of delivery endorsed thereon, together with the accompanying copy of the Plaintiff's Petition, at the following
Date, time, and place, to-wit:

      NAME _____    DATE _____    TIME _____    PLACE _____

      By: _____      By: _____
         CIVIL PROCESS SERVER           DEPUTY SHERIFF/CONSTABLE

**DEFENDANT NOT SERVED**
      Service was ATTEMPTED at the above address on the above referenced Defendant on the following date(s) and time(s), but to no avail:

NAME _____    DATE _____    TIME _____    PLACE _____

NAME _____    DATE _____    TIME _____    PLACE _____

NAME _____    DATE _____    TIME _____    PLACE _____

      By; _____      By: _____
         CIVIL PROCESS SERVER           DEPUTY SHERIFF/CONSTABLE

### COMPLETE IF YOU ARE A PERSON OTHER THAN A SHERIFF, CONSTABLE OR CLERK OF THE COURT

In accordance to rule 107, the officer or authorized person who serves or attempts to serve a citation must sign the return. If the return is signed by a person other than a sheriff, constable or the clerk of the court, the return must either be verified or be signed under the penalty of perjury. A return signed under penalty of perjury must contain the statement below in substantially the following form:

"My name is _____, my date of birth is _____and my address is

_____. I declare under penalty of perjury that the foregoing is true and correct

EXECUTED in _____County, state of Texas, on the ___ day of _____, 20____.

_____
DECLARANT

_____
If Certified by the Supreme Court of Texas
Date of Expiration /PSC Number

Electronically Submitted
11/16/2022 8:13 AM
Hidalgo County Clerk
Accepted by: Sarah Reyes

## AFFIDAVIT OF SERVICE

**State of Texas**                    **County of Hidalgo**                    **County At Law # 9 Court**

Case Number: CL-22-4622-I

Plaintiff:
**FRANCISCO OMAR GARCIA JR**

vs.

Defendant:
**EDWARD VARGAS AND STATE AUTO INSURANCE COMPANIES**

For:
Jorge Munoz
Law Office of Jorge Munoz, P.L.L.C.
210 W Cano St  Suite A
Edinburg, TX 78539

Received by Annette Garza on the 8th day of November, 2022 at 7:10 am to be served on **Edward Vargas, 7019 West Mile 5 Road, Mission, Hidalgo County, TX 78574.**

I, Annette Garza, being duly sworn, depose and say that on the **12th day of November, 2022** at **2:16 pm, I:**

**INDIVIDUALLY and  PERSONALLY Executed**, by delivering a true copy of the .**Citation and Plaintiffs Original Petition** with the date of service endorsed thereon by me, to <u>**Edward Vargas**</u>   in person at the Abode address of <u>**7019 West Mile 5 Road, Mission, Hidalgo County, TX 78574**</u>,.

**Description** of Person Served: Age: 53, Sex: M, Race/Skin Color: Hispanic, Height: 5'10", Weight: 245, Hair: Bald, Glasses: N

I am over eighteen, not a party to nor interested in the outcome of the above numbered suit and that I am authorized to serve civil process. I have personal knowledge of the facts set forth in the foregoing affidavit and declare that the statements therein contained are true and correct. I am familiar with the Rules of Civil Procedure. I have never been convicted of a Felony or Misdemeanor involving Moral Turpitude.

NOTARY PUBLIC IN AND FOR
THE STATE OF *Texas*

Subscribed and Sworn to before me on
the *15* day of *Nov*, *2022*
by the affiant who is personally known to me.

NOTARY PUBLIC

BARBARA A. TRASK
Notary Public, State of Texas
Comm. Expires 02-24-2023
Notary ID 130129396

**Annette Garza**
PSC-15900  Exp: 10/31/2024

**Allen Civil Process**
Service@acptx.com
P.O. BOX 181293
Corpus Christi, TX 78480-1293
(361) 884-1657

Our Job Serial Number: ALN-2022007776

Copyright © 1992-2022 Database Services, Inc. - Process Server's Toolbox V8.2i

# EXHIBIT 6

Electronically Submitted
12/1/2022 9:34 AM
Hidalgo County Clerk
Accepted by: Sarah Reyes

CAUSE NO. CL-22-4622-I

| | | |
|---|---|---|
| **FRANCISCO OMAR GARCIA JR.** | § | **IN THE COUNTY COURT** |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | **AT LAW NO. 9** |
| | § | |
| **EDWARD VARGAS AND** | § | |
| **STATE AUTO INSURANCE** | § | |
| **COMPANIES,** | § | |
| *Defendants*. | § | **HIDALGO COUNTY, TEXAS** |

## DEFENDANT STATE AUTO INSURANCE COMPANIES' ORIGINAL ANSWER, CONDITIONS PRECEDENT, RULE 193.7 NOTICE, AND JURY DEMAND

COMES NOW **STATE AUTO INSURANCE COMPANIES**, Defendant in the above-styled and numbered cause, and files its Original Answer, Conditions Precedent, and Jury Demand to Plaintiff's Original Petition and would respectfully show the Court as follows:

### I.
### GENERAL DENIAL

Pursuant to Rule 92 of the Texas Rules of Civil Procedure, Defendant **STATE AUTO INSURANCE COMPANIES** denies generally Plaintiff's allegations and pleadings and demands strict proof thereof by a preponderance of the evidence.

### II.
### CONDITIONS PRECEDENT

Defendant **STATE AUTO INSURANCE COMPANIES** denies that all conditions precedent have occurred. Specifically, Defendant **STATE AUTO INSURANCE COMPANIES** denies that Plaintiff has obtained a judgment that establishes the liability and underinsured of the tortfeasor.[1]

### III.
### RULE 193.7 NOTICE

Pursuant to Texas Rule of Civil Procedure 193.7, Defendant **STATE AUTO**

---

[1] *Brainard v. Trinity Universal Ins. Co*., 216 S.W.3d 809 (Tex. 2006).

Electronically Submitted
12/1/2022 9:34 AM
Hidalgo County Clerk
Accepted by: Sarah Reyes

**INSURANCE COMPANIES** gives notice to Plaintiff that any and all documents and things produced by Plaintiff, or any other party may be used at any pretrial proceeding and/or the trial of this case without the necessity of authenticating said documents and things.

## IV.
## JURY DEMAND

Defendant **STATE AUTO INSURANCE COMPANIES** hereby demands a trial by jury and has tendered the appropriate fee.

## V.
## PRAYER

**WHEREFORE, PREMISES CONSIDERED,** Defendant, **STATE AUTO INSURANCE COMPANIES,** prays that, upon final hearing hereof, Defendant **STATE AUTO INSURANCE COMPANIES** has judgment and that Plaintiff takes and recovers nothing from Defendant **STATE AUTO INSURANCE COMPANIES** by way of his causes of action in this suit; that Defendant **STATE AUTO INSURANCE COMPANIES** recovers costs of court; and for such other and further relief, whether general or specific, both at law and in equity, to which Defendant **STATE AUTO INSURANCE COMPANIES** may show itself justly entitled.

Respectfully submitted,

**LANGLEY & BANACK, INC.**
Trinity Plaza II, Seventh Floor
745 East Mulberry
San Antonio, Texas 78212-3166
(210) 736-6600 Telephone
(210) 735-6889 Facsimile
E-mail: mmacias@langleybanack.com
E-mail: dsaldana@langleybanack.com

By: _____

**MARK E. MACIAS**
State Bar No. 00794206
**DANIEL SALDANA**
State Bar No. 24102447

Electronically Submitted
12/1/2022 9:34 AM
Hidalgo County Clerk
Accepted by: Sarah Reyes

**ATTORNEYS FOR DEFENDANT**
**STATE AUTO INSURANCE COMPANIES**

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on this **1ˢᵗ** day of **December, 2022**, a true and correct copy of the foregoing instrument was served on counsel of record as provided for in Tex.R.Civ.P. 21a.

**Via Email:** legal@munozlawgroup.com

Jorge Muñoz
LAW OFFICE OF JORGE MUÑOZ, P.L.L.C.
210 W. Cano St., Suite A
Edinburg, Texas 78539

**Attorney for Plaintiff**

_____
Mark E. Macias

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system.
The filer served this document via email generated by the efiling system
on the date and to the persons listed below. The rules governing
certificates of service have not changed. Filers must still provide a
certificate of service that complies with all applicable rules.

Dawniel Kendall on behalf of Mark Macias
Bar No. 794206
dkendall@langleybanack.com
Envelope ID: 70595867
Status as of 12/1/2022 9:47 AM CST

Associated Case Party: FranciscoOmarGarcia

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Jorge Muñoz | | efile@munozlawgroup.com | 12/1/2022 9:34:35 AM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| legal @munozlawgroup.com | | legal@munozlawgroup.com | 12/1/2022 9:34:35 AM | SENT |
| Mark Macias | | mmacias@langleybanack.com | 12/1/2022 9:34:35 AM | SENT |
| Daniel Saldana | | dsaldana@langleybanack.com | 12/1/2022 9:34:35 AM | SENT |
| Judy Muniz | | jmuniz@langleybanack.com | 12/1/2022 9:34:35 AM | SENT |
| Dawniel Kendall | | dkendall@langleybanack.com | 12/1/2022 9:34:35 AM | SENT |

# EXHIBIT 7

Electronically Submitted
12/7/2022 4:15 PM
Hidalgo County Clerk
Accepted by: Sarah Reyes

CAUSE NO. CL-22-4622-I

| | |
|---|---|
| FRANCISCO OMAR GARCIA JR. Plaintiff, | IN THE COUNTY COURT AT LAW |
| VS | NO. 9 |
| EDWARD VARGAS AND STATE AUTO INSURANCE COMPANIES Defendants. | HIDALGO COUNTY, TEXAS |

## **DEFENDANT, EDWARD VARGAS', ORIGINAL ANSWER AND JURY REQUEST**

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES EDWARD VARGAS, Defendant in the above-styled and numbered cause, and files Defendant's Original Answer, and in support hereof would respectfully show unto the Court the following:

1.

## **GENERAL DENIAL**

Defendant denies each and every, all and singular the material allegations made and contained in the Original Petition and any petition which Plaintiff(s) may hereinafter file by way of amendment or supplement, and, in accordance with Texas law, demands that Plaintiff(s) prove by a preponderance of the credible evidence each and every such allegation made and contained therein.

2.

## **AMOUNT OF RECOVERY**

In addition to any other limitation under law, recovery of medical or health care expenses incurred is limited to the amount actually paid or incurred by or on behalf of the claimant.

Garcia, Jr. vs. Vargas, et al.
DEFENDANT  EDWARD VARGAS'S ORIGINAL ANSWER
Our File Number: 0656356342.1

PAGE 1

Electronically Submitted
12/7/2022 4:15 PM
Hidalgo County Clerk
Accepted by: Sarah Reyes

3.

## **JURY REQUEST**

Defendant respectfully requests a jury trial.

4.

## **DESIGNATED E-SERVICE EMAIL ADDRESS**

The following is the undersigned attorney's designation of electronic service email address for all electronically served documents and notices, filed and unfiled, pursuant to Tex.R.Civ.P. 21(f)(2) & 21(a). (McAllenLegal@allstate.com). This is the undersigned's ONLY electronic service email address, and service through any other email address will be considered invalid.

WHEREFORE, PREMISES CONSIDERED, Defendant prays that Plaintiff(s) take nothing by this suit against Defendant, that Defendant be discharged, and that the Court grant such other and further relief, both general and special, at law and in equity to which Defendant may be justly entitled.

Garcia, Jr. vs. Vargas, et al.
DEFENDANT EDWARD VARGAS'S ORIGINAL ANSWER
Our File Number: 0656356342.1

PAGE 2

Electronically Submitted
12/7/2022 4:15 PM
Hidalgo County Clerk
Accepted by: Sarah Reyes

Respectfully submitted,

LISA CHASTAIN & ASSOCIATES


**MICHAEL A. GUERRA**
TBN:  24032375

MAILING ADDRESS:
PO Box 655441
Dallas, TX  75265
E-Service Only:
McAllenLegal@allstate.com
(956) 630-9203
(877) 697-1295 (fax)

ATTORNEY FOR DEFENDANT(S)
EDWARD VARGAS

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing has been served in compliance with Rules 21 and 21a of the Texas Rules of Civil Procedure on the 7th day of December, 2022, to:

Jorge Munoz
State Bar No. 24072249
LAW OFFICE OF JORGE MUNOZ, P.L.L.C.
210 W. Cano St., Suite A
Edinburg, TX  78539
Phone:  956-287-2889
FAX:  956-287-2886
Email:  legal@munozlawgroup.com
ATTORNEY FOR PLAINTIFF


**MICHAEL A. GUERRA**

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Sylvia Conlon on behalf of Michael Guerra
Bar No. 24032375
cgvy2@allstate.com
Envelope ID: 70799636
Status as of 12/7/2022 4:34 PM CST

Associated Case Party: FranciscoOmarGarcia

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Jorge Muñoz | | efile@munozlawgroup.com | 12/7/2022 4:15:33 PM | SENT |

Associated Case Party: State Auto Insurance Companies

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Mark Macias | | mmacias@langleybanack.com | 12/7/2022 4:15:33 PM | SENT |
| Daniel Saldana | | dsaldana@langleybanack.com | 12/7/2022 4:15:33 PM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Judy Muniz | | jmuniz@langleybanack.com | 12/7/2022 4:15:33 PM | SENT |
| Dawniel Kendall | | dkendall@langleybanack.com | 12/7/2022 4:15:33 PM | SENT |
| legal @munozlawgroup.com | | legal@munozlawgroup.com | 12/7/2022 4:15:33 PM | SENT |

# EXHIBIT 8

Electronically Submitted
3/3/2023 4:38 PM
Hidalgo County Clerk
Accepted by: Audrey Alvarez

CAUSE NO. CL-22-4622-I

| | |
|---|---|
| FRANCISCO OMAR GARCIA JR.<br>Plaintiff, | IN THE COUNTY COURT AT LAW |
| VS | NO. 9 |
| EDWARD VARGAS AND STATE<br>AUTO INSURANCE COMPANIES<br>Defendants. | HIDALGO COUNTY, TEXAS |

## PLAINTIFF(S)' NOTICE OF NON-SUIT WITH PREJUDICE

TO THE HONORABLE JUDGE OF THIS COURT:

Please be advised that, FRANCISCO OMAR GARCIA, JR., hereinafter referred to as Plaintiff, whether one or more, hereby takes a non-suit of Plaintiff's claim against EDWARD VARGAS, hereinafter referred to as Defendant, whether one or more, with prejudice to the refiling of same, pursuant to Rule 162 of the Texas Rules of Civil Procedure.

All cost of court are taxed against the party incurring same.

The docket clerk is requested to enter this notice into the minutes of the Court.

Garcia, Jr. vs. Vargas, et al.
PLAINTIFF(S) NOTICE OF NON-SUIT WITH PREJUDICE
Our File Number: 0656356342.1

PAGE 1

Electronically Submitted
3/3/2023 4:38 PM
Hidalgo County Clerk
Accepted by: Audrey Alvarez

Respectfully submitted,

JORGE MUNOZ
TBN: 24072249

210 W Cano St Ste A
Edinburg, TX  78539
(956) 287-2889 (Telephone)
(956) 287-2886 (Fax)
legal@munozlawgroup.com (Email)

ATTORNEY FOR PLAINTIFF(S)
FRANCISCO OMAR GARCIA, JR.

Electronically Submitted
3/3/2023 4:38 PM
Hidalgo County Clerk
Accepted by: Audrey Alvarez

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served in compliance with Rules 21 and 21a of the Texas Rules of Civil Procedure on the _____ day of January, 2023, to:

**MICHAEL A. GUERRA**
Lisa Chastain & Associates
MAILING ADDRESS:
PO Box 655441
Dallas, TX 75265

Jorge Munoz
State Bar No. 24072249
LAW OFFICE OF JORGE MUNOZ, P.L.L.C.
210 W. Cano St., Suite A
Edinburg, TX 78539
Phone: 956-287-2889
FAX: 956-287-2886
Email: legal@munozlawgroup.com
ATTORNEY FOR PLAINTIFF

_____
**JORGE MUNOZ**

## Automated Certificate of eService

This automated certificate of service was created by the efiling system.
The filer served this document via email generated by the efiling system
on the date and to the persons listed below. The rules governing
certificates of service have not changed. Filers must still provide a
certificate of service that complies with all applicable rules.

Sylvia Conlon on behalf of Michael Guerra
Bar No. 24032375
cgvy2@allstate.com
Envelope ID: 73339103
Status as of 3/3/2023 4:59 PM CST

Associated Case Party: FranciscoOmarGarcia

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Jorge Muñoz | | efile@munozlawgroup.com | 3/3/2023 4:38:34 PM | SENT |

Associated Case Party: State Auto Insurance Companies

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Mark Macias | | mmacias@langleybanack.com | 3/3/2023 4:38:34 PM | SENT |
| Daniel Saldana | | dsaldana@langleybanack.com | 3/3/2023 4:38:34 PM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Judy Muniz | | jmuniz@langleybanack.com | 3/3/2023 4:38:34 PM | SENT |
| Dawniel Kendall | | dkendall@langleybanack.com | 3/3/2023 4:38:34 PM | SENT |
| legal @munozlawgroup.com | | legal@munozlawgroup.com | 3/3/2023 4:38:34 PM | SENT |

# EXHIBIT 9

Electronically Submitted
3/3/2023 4:38 PM
Hidalgo County Clerk
Accepted by: Audrey Alvarez

CAUSE NO. CL-22-4622-I

| | |
|---|---|
| FRANCISCO OMAR GARCIA JR.<br>Plaintiff, | IN THE COUNTY COURT AT LAW |
| VS | NO. 9 |
| EDWARD VARGAS AND STATE<br>AUTO INSURANCE COMPANIES<br>Defendants. | HIDALGO COUNTY, TEXAS |

## ORDER OF NON-SUIT

CAME ON TO BE HEARD the motion of Plaintiff(s) to non-suit this cause of action. The Court having heard the arguments of counsel finds that said motion should in all things be granted.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that this cause of action be dismissed with prejudice to the further refiling of same as to EDWARD VARGAS.

Signed the **8th** day of _____ **March** _____, 2023.

_____
**JUDGE PRESIDING**

03/08/2023 10:02:53 AM

Jorge Munoz, , legal@munozlawgroup.com
Michael A. Guerra, Lisa Chastain & Associates, McAllenLegal@allstate.com

Received from the Court
On ___03/08/2023___ **3:35 PM**
Initials: __SR__

Garcia, Jr. vs. Vargas, et al.
ORDER OF NON-SUIT
Our File Number: 0656356342.1

PAGE 1

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Sylvia Conlon on behalf of Michael Guerra
Bar No. 24032375
cgvy2@allstate.com
Envelope ID: 73339103
Status as of 3/3/2023 4:59 PM CST

Associated Case Party: State Auto Insurance Companies

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Mark Macias | | mmacias@langleybanack.com | 3/3/2023 4:38:34 PM | SENT |
| Daniel Saldana | | dsaldana@langleybanack.com | 3/3/2023 4:38:34 PM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Judy Muniz | | jmuniz@langleybanack.com | 3/3/2023 4:38:34 PM | SENT |
| Dawniel Kendall | | dkendall@langleybanack.com | 3/3/2023 4:38:34 PM | SENT |
| legal @munozlawgroup.com | | legal@munozlawgroup.com | 3/3/2023 4:38:34 PM | SENT |

Associated Case Party: FranciscoOmarGarcia

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Jorge Muñoz | | efile@munozlawgroup.com | 3/3/2023 4:38:34 PM | SENT |

# EXHIBIT 10

CAUSE NO. CL-22-4622-I

| | |
|---|---|
| FRANCISCO OMAR GARCIA JR.<br>Plaintiff, | IN THE COUNTY COURT AT LAW |
| VS | NO. 9 |
| EDWARD VARGAS AND STATE<br>AUTO INSURANCE COMPANIES<br>Defendants. | HIDALGO COUNTY, TEXAS |

## **RELEASE**

The undersigned, FRANCISCO OMAR GARCIA, (hereinafter referred to as RELEASOR) acknowledges the receipt of $50,000.00 in consideration for the judgment and release in this cause, and RELEASES, QUITCLAIMS AND FOREVER DISCHARGES ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY, ELISA VARGAS, AND EDWARD VARGAS, their spouses, heirs, executors, assigns, agents, servants, employees, insurance carriers, insurance adjusters, and attorneys (hereinafter referred to as RELEASED PARTIES) from all liability claims, claims for the breach of good faith and fair dealing, unfair settlement practice claims, demands, damages, costs, expenses, loss of service, actions and causes of action arising from any acts or occurrences up to the present time, and particularly on account of all personal injury, disability, property damage, loss or damages of any kind which have accrued or may accrue to the RELEASOR, RELEASOR'S spouse, heirs, executors, assigns, agents, servants, employees, insurance carriers, and attorneys in consequence of an incident that occurred on or about January 11, 2022, at or near Hidalgo County, Texas, which gave rise to this suit and which is set out more fully in Plaintiff's petition and/or amendments. RELEASOR agrees that this release shall apply to all unknown and unanticipated injuries and damages resulting from the incident, casualty, or event, as well as to those now disclosed which form the basis of this suit.

As further consideration for full and final payment, RELEASOR warrants that RELEASOR has made no assignment of RELEASOR'S claims, or any part of them, to any other person, firm, or corporation other than RELEASOR'S attorneys, and that there are no current or outstanding hospital or other liens in connection with or arising out of the incident made the subject of this suit.

In further consideration for the payment of this sum, RELEASOR hereby agrees to indemnify and hold harmless RELEASED PARTIES against and from any and all claims, demands, causes of action and/or judgments asserted or caused to be asserted against RELEASED PARTIES which any person, firm, or corporation has or may claim by, through or under RELEASOR in connection with the matters made the subject of this lawsuit and release.

RELEASOR covenants and warrants that RELEASOR is more than 18 years of age and competent to execute this release; that no promise or agreement which is not expressed here has been made to RELEASOR; that in executing this release, RELEASOR is not relying upon any statement or representation of RELEASED PARTIES; but is relying upon RELEASOR'S own judgment and the advice of RELEASOR'S attorney or attorneys; that RELEASOR fully understands that THIS IS A FULL AND FINAL SETTLEMENT AND RELEASE of all claims arising from the alleged occurrence.

As further consideration for payment, RELEASOR agrees to a dismissal with prejudice of the above-captioned suit, and to refrain from further prosecution of any claim based on the event made the basis of this suit.

RELEASOR AND RELEASED PARTIES contract that this release is a compromise of disputed claims, and not an admission of liability of any sort on the part of RELEASED PARTIES.

Garcia, Jr. vs. Vargas, et al.
RELEASE
Our File Number: 0656356342.1

PAGE 2

RELEASOR represents that, through RELEASOR'S attorneys, RELEASOR has been informed of the contents and effects of this instrument and that the instrument is executed as RELEASOR'S act and deed.

WITNESS MY HAND this 21st day of Feb. , 2023.

_____
**FRANCISCO OMAR GARCIA**

STATE OF TEXAS                          §
                                        §
COUNTY OF Hidalgo                       §

SUBSCRIBED   AND   SWORN   TO   before   me   on   the   21st   day   of

Feb. , 2023, to certify which witness my hand official seal.


Virginia Janet Avendaño
My Commission Expires
4/12/2026
Notary ID
133701877

_____
Notary Public State of Texas

Notary's Printed Name:

_____

My Commission Expires: 4/12/2026

Garcia, Jr. vs. Vargas, et al.
RELEASE
Our File Number: 0656356342.1

PAGE 3

I certify that I am the attorney of record for plaintiff in this captioned matter; I have read the foregoing Release and am fully satisfied that Plaintiff, FRANCISCO OMAR GARCIA, understands it and does not wish to retract it.

_____
**JORGE MUNOZ**
TBN: 24072249

# EXHIBIT 11

**From:** Guerra, Michael
**To:** Marroquin, Rachel; Daniel Saldana
**Subject:** RE: Francisco Garcia v. Edward Vargas and State Auto | Garcia, Jr. vs. Vargas, et al.-0656356342.1
**Date:** Tuesday, February 28, 2023 1:21:35 PM
**Attachments:** image002.png
image003.png
Release Agreement.pdf

It settled on February 21st.  Please let me know if you need anything else.



Michael A. Guerra
*Counsel*
Lisa Chastain & Associates
1201 Elm St. Suite 5050
Dallas, TX 75270
Office: 956-331-7801
Fax: 877-697-1295
Paralegal: Rachel Marroquin; Rmale@allstate.com
Admin: Sylvia Conlon; Maria.Conlon@allstate.com
Efile: McAllenLegal@allstate.com

**From:** Marroquin, Rachel <Rmale@allstate.com>
**Sent:** Tuesday, February 28, 2023 9:40 AM
**To:** Daniel Saldana <dsaldana@langleybanack.com>
**Cc:** Guerra, Michael <Michael.Guerra@allstate.com>
**Subject:** RE: Francisco Garcia v. Edward Vargas and State Auto | Garcia, Jr. vs. Vargas, et al.-0656356342.1

Ms. Saldana: I will defer to Mr. Guerra for a response to your email.

*Sincerely,*

*Rachel Marroquin*
*Senior Paralegal Specialist*
*Lisa Chastain & Associates*
*Client Legal Services*
*PO Box 655441*
*Dallas, TX 75265*
*(956) 630-9201*
*(956) 984-8834 (Cell)*

*rmale@allstate.com*
*E-Service:* *McAllenLegal@allstate.com*
*Scheduling matters:* *Maria.Conlon@allstate.com*

*Office Team Lead*
*Ylen Arevalo*
*ylen.arevalo@allstate.com*
*(956) 373-8968*



For all electronically served documents and notices, pursuant to Tex.R.Civ.P. 21(f)(2) & 21(a), McAllen@allstate.com is the designated electronic service email address for this office. This is the **ONLY** email address that will accept electronic service, and service through any other email address will be considered invalid.

This material is privileged and confidential attorney-client communication.  To preserve the privileged nature of this message and our attorney work-product, recipients should adhere to the following: (1) Treat and store this message in a manner consistent with its confidential nature; (2) Do not copy, circulate or disclose this message without first speaking to and obtaining the permission of the author; and (3) Do not restate/discuss this message or the advice it may contain with anyone outside of the listed recipients without first speaking to the author and obtaining his/her permission.

---

**From:** Daniel Saldana <dsaldana@langleybanack.com>
**Sent:** Tuesday, February 28, 2023 9:39 AM
**To:** Marroquin, Rachel <Rmale@allstate.com>
**Cc:** Guerra, Michael <Michael.Guerra@allstate.com>
**Subject:** [External] RE: Francisco Garcia v. Edward Vargas and State Auto | Garcia, Jr. vs. Vargas, et al.-0656356342.1

Rachel,

Could you also tell us the day you settled this case and provide the settlement agreement? We may be able to remove the case now that you guys are out, but I didn't know when you settled. When do you expect a non-suit to be filed?

**Daniel Saldana**
*Attorney*



**Langley & Banack, Incorporated**
Attorneys and Counselors at Law

745 East Mulberry Avenue | Suite 700
San Antonio, TX 78212

| | |
|---|---|
| Phone | (210) 736-6600 |
| Fax | (210) 735-6889 |

website | vCard | linkedin | email

San Antonio | Carrizo Springs | Eagle Pass | Karnes City | Castroville | New Braunfels | Fredericksburg | Kerrville

Meritas

This email may contain confidential and privileged material for the sole use of the intended recipient; any other use is prohibited. If you are not the intended recipient, please contact the sender by reply email and delete all copies of this message.

**From:** Marroquin, Rachel <Rmale@allstate.com>
**Sent:** Tuesday, February 28, 2023 9:35 AM
**To:** Daniel Saldana <dsaldana@langleybanack.com>
**Cc:** Guerra, Michael <Michael.Guerra@allstate.com>
**Subject:** RE: Francisco Garcia v. Edward Vargas and State Auto | Garcia, Jr. vs. Vargas, et al.-0656356342.1

Ms. Saldana:

Sorry, I meant to tell you that the policy limits in this case are $50/100.  This case settled prior to the deadline to respond to disclosures.

Thank you.

*Sincerely,*

*Rachel Marroquin*
*Senior Paralegal Specialist*
*Lisa Chastain & Associates*
*Client Legal Services*
*PO Box 655441*
*Dallas, TX 75265*

*(956) 630-9201*
*(956) 984-8834 (Cell)*
*rmale@allstate.com*
*E-Service:  McAllenLegal@allstate.com*
*Scheduling matters:  Maria,Conlon@allstate.com*

*Office Team Lead*
*Ylen Arevalo*
*ylen.arevalo@allstate.com*
*(956) 373-8968*



For all electronically served documents and notices, pursuant to Tex.R.Civ.P. 21(f)(2) & 21(a), McAllen@allstate.com is the designated electronic service email address for this office. This is the **ONLY** email address that will accept electronic service, and service through any other email address will be considered invalid.

This material is privileged and confidential attorney-client communication.  To preserve the privileged nature of this message and our attorney work-product, recipients should adhere to the following: (1) Treat and store this message in a manner consistent with its confidential nature; (2) Do not copy, circulate or disclose this message without first speaking to and obtaining the permission of the author; and (3) Do not restate/discuss this message or the advice it may contain with anyone outside of the listed recipients without first speaking to the author and obtaining his/her permission.

**From:** Daniel Saldana <dsaldana@langleybanack.com>
**Sent:** Tuesday, February 28, 2023 9:32 AM
**To:** Marroquin, Rachel <Rmale@allstate.com>
**Subject:** [External] RE: Francisco Garcia v. Edward Vargas and State Auto | Garcia, Jr. vs. Vargas, et al.-0656356342.1

Rachel, did you mean to attach something to your email?

**Daniel Saldana**
*Attorney*



**Langley & Banack, Incorporated**
Attorneys and Counselors at Law

745 East Mulberry Avenue | Suite 700
San Antonio, TX 78212

Phone                              (210) 736-6600
Fax                                  (210) 735-6889

**website** | **vCard** | **linkedin** | **email**

**San Antonio** | **Carrizo Springs** | **Eagle Pass** | **Karnes City** | **Castroville** | **New Braunfels** | **Fredericksburg** | **Kerrville**

Meritas

This email may contain confidential and privileged material for the sole use of the intended recipient; any other use is prohibited. If you are not the intended recipient, please contact the sender by reply email and delete all copies of this message.

---

**From:** Marroquin, Rachel <Rmale@allstate.com>
**Sent:** Tuesday, February 28, 2023 9:30 AM
**To:** Daniel Saldana <dsaldana@langleybanack.com>
**Subject:** RE: Francisco Garcia v. Edward Vargas and State Auto | Garcia, Jr. vs. Vargas, et al.-0656356342.1

*Sincerely,*

*Rachel Marroquin*
*Senior Paralegal Specialist*
*Lisa Chastain & Associates*
*Client Legal Services*
*PO Box 655441*
*Dallas, TX 75265*
*(956) 630-9201*
*(956) 984-8834 (Cell)*
*rmale@allstate.com*
*E-Service:  McAllenLegal@allstate.com*
*Scheduling matters:  Maria.Conlon@allstate.com*

*Office Team Lead*
*Ylen Arevalo*
[ylen.arevalo@allstate.com](mailto:ylen.arevalo@allstate.com)
*(956) 373-8968*



For all electronically served documents and notices, pursuant to Tex.R.Civ.P. 21(f)(2) & 21(a), [McAllen@allstate.com](mailto:McAllen@allstate.com) is the designated electronic service email address for this office. This is the **ONLY** email address that will accept electronic service, and service through any other email address will be considered invalid.

This material is privileged and confidential attorney-client communication.  To preserve the privileged nature of this message and our attorney work-product, recipients should adhere to the following: (1) Treat and store this message in a manner consistent with its confidential nature; (2) Do not copy, circulate or disclose this message without first speaking to and obtaining the permission of the author; and (3) Do not restate/discuss this message or the advice it may contain with anyone outside of the listed recipients without first speaking to the author and obtaining his/her permission.

**From:** McAllenLegal <[McAllenLegal@allstate.com](mailto:McAllenLegal@allstate.com)>
**Sent:** Tuesday, February 28, 2023 9:09 AM
**To:** Guerra, Michael <[Michael.Guerra@allstate.com](mailto:Michael.Guerra@allstate.com)>; Marroquin, Rachel <[Rmale@allstate.com](mailto:Rmale@allstate.com)>
**Subject:** FW: Francisco Garcia v. Edward Vargas and State Auto | Garcia, Jr. vs. Vargas, et al.-0656356342.1

**From:** Daniel Saldana <[dsaldana@langleybanack.com](mailto:dsaldana@langleybanack.com)>
**Sent:** Monday, February 27, 2023 10:03 AM
**To:** McAllenLegal <[McAllenLegal@allstate.com](mailto:McAllenLegal@allstate.com)>
**Subject:** [External] Francisco Garcia v. Edward Vargas and State Auto

Hello,

You represent Edward Vargas on this matter, and I represent the co-defendant State Auto. Can you forward your responses to Disclosures for my review? I see that they were due in January but I did not receive a copy. Specifically, I just need to know what the amount of your liability policy is so I can determine the credit/offset the UIM carrier is entitled to.

Thanks,

**Daniel Saldana**
*Attorney*



**Langley & Banack, Incorporated**
Attorneys and Counselors at Law

745 East Mulberry Avenue | Suite 700
San Antonio, TX 78212

| | |
|---|---|
| Phone | (210) 736-6600 |
| Fax | (210) 735-6889 |

**website** | **vCard** | **linkedin** | **email**

**San Antonio** | **Carrizo Springs** | **Eagle Pass** | **Karnes City** | **Castroville** | **New Braunfels** | **Fredericksburg** | **Kerrville**

Meritas

This email may contain confidential and privileged material for the sole use of the intended recipient; any other use is prohibited. If you are not the intended recipient, please contact the sender by reply email and delete all copies of this message.

# EXHIBIT 12

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## MCALLEN DIVISION

| | | |
|---|---|---|
| **Francisco Omar Garcia Jr.** | § | |
| *Plaintiff,* | § | |
| | § | |
| **vs.** | § | **CIVIL ACTION NO. 7:23-cv-98** |
| | § | |
| | § | |
| **State Auto Insurance Companies,** | § | |
| *Defendant.* | § | |

## DEFENDANT STATE AUTO INSURANCE COMPANIES' LIST OF ATTORNEYS

Defendant State Auto Insurance Companies files this Index of Documents Filed in State Court, as of the date Defendant filed its Notice of Removal, and as of the date of this Index being filed.

| Documents Filed | Filing Party | Date Filed | Exhibit |
|---|---|---|---|
| Case Docket Sheet | | | XXX |
| Plaintiff's Original Petition | Plaintiff | 11/07/2022 | |
| Citation to State Auto Insurance Companies | Plaintiff | 11/07/2022 | |
| Return of Service Defendant State Auto Insurance Companies | | 11/14/2022 | |
| Citation of Defendant Edward Vargas | Plaintiff | 11/07/2022 | |
| Return of Service Defendant Edward Vargas | Plaintiff | 11/16/2022 | |
| Original Answer Defendant State Auto Insurance Companies | Defendant State Auto Insurance Companies | 12/1/2022 | |
| Original Answer Defendant Edward Vargas | Defendant Edward Vargas | 12/7/2022 | |
| Certificate of Written Discovery – Francisco O. Garcia, Jr. | Plaintiff | 12/28/2022 | |
| Certificate of Written Discovery – Francisco O. Garcia, Jr. | Plaintiff | 02/03/2023 | |

| Plaintiff Notice of Non-Suit With Prejudice of Defendant Edward Vargas | Plaintiff | 03/03/2023 | |
| Order of Non-Suit Defendant Edward Vargas | Plaintiff | 03/03/2023 | |
| Notice of Removal To Federal Court of Defendant State Auto Insurance Companies | Defendant State Auto Insurance Companies | 03/24/2023 | |

RESPECTFULLY SUBMITTED,

**LANGLEY & BANACK, INC.**
Trinity Plaza II, Seventh Floor
745 East Mulberry
San Antonio, Texas 78212-3166
(210) 736-6600 Telephone
(210) 735-6889 Facsimile
E-mail: mmacias@langleybanack.com
E-mail: dsaldana@langleybanack.com

By: _____
     **MARK E. MACIAS**
     State Bar No. 00794206
     **DANIEL SALDANA**
     State Bar No. 24102447

**ATTORNEYS FOR DEFENDANT**
**STATE AUTO INSURANCE COMPANIES**

**CERTIFICATE OF SERVICE**

       I hereby certify that on this **11ᵗʰ** day of **May, 2023**, a true and correct copy of the foregoing instrument was served on counsel of record as provided for in Tex.R.Civ.P. 21a.

Jorge Muñoz                          **Via Email:** legal@munozlawgroup.com
LAW OFFICE OF JORGE MUÑOZ, P.L.L.C.
210 W. Cano St., Suite A
Edinburg, Texas 78539

Chris R. Brasure                     **Via Email:** chris@brasurelaw.com
BRASURE LAW FIRM, PLLC
135 Paseo Del Prado, Suite 32
Edinburg, Texas 78539

**Attorneys for Plaintiff**

                                     _____
                                     Mark E. Macias

# EXHIBIT 13

Skip to Main Content Logout My Account Search Menu New Civil Search Refine Search  Back          Location : All Courts    Images

# REGISTER OF ACTIONS
## CASE NO. CL-22-4622-I

| | | |
|---|---|---|
| Francisco Omar Garcia, Jr. VS. Edward Vargas, State Auto Insurance Companies | § §<br>§<br>§<br>§<br>§ | Case Type: **Injury or Damage - Motor Vehicle (OCA)**<br>Date Filed: **11/07/2022**<br>Location: **County Court at Law #9** |

---

### PARTY INFORMATION

| | | Attorneys |
|---|---|---|
| **Defendant** | **State Auto Insurance Companies** | **MARK E. MACIAS**<br>*Court Appointed*<br>210-736-6600(W) |
| **Defendant** | **Vargas, Edward** | **MICHAEL A. GUERRA**<br>*Retained*<br>956-630-6257(W) |
| **Plaintiff** | **Garcia, Francisco Omar, Jr.** | **JORGE MUNOZ**<br>*Retained*<br>956-287-2889(W) |

---

### EVENTS & ORDERS OF THE COURT

| | |
|---|---|
| | **DISPOSITIONS** |
| 03/08/2023 | **Non-Suit** (Judicial Officer: O'Cana-Olivarez, Patricia)<br> Party(Vargas, Edward)<br>      ORDER FOR NON-SUIT |
| | **OTHER EVENTS AND HEARINGS** |
| 11/07/2022 | **Original Petition (OCA)**<br> *Plaintiff's Original Petition* |
| 11/07/2022 | **Request**<br> *Citation for State Auto Insurance Companies* |
| 11/07/2022 | **Citation Issued**<br> *SENT VIA CERTIFIED MAIL* |
| 11/07/2022 | **Citation Issued**<br> *EDWARD VARGAS* |
| 11/14/2022 | **Service Returned - Served**<br> *STATE AUTO INSURANCE COMPANIES WAS SERVED CITATION ON 11/10/2022* |
| 11/16/2022 | **Service Returned - Served**<br> *EDWARD VARGAS WAS SERVED CITATION ON 11/12/2022* |
| 12/01/2022 | **Answer**<br> *DEFENDANT STATE AUTO INSURANCE COMPANIES' ORIGINAL ANSWER, CONDITIONS PRECEDENT, RULE 193.7 NOTICE, AND JURY DEMAND* |
| 12/07/2022 | **Answer**<br> *Defendant Edward Vargas Original Answer and Jury Request* |
| 12/28/2022 | **Certificate of Written Discovery**<br> *COWD- Plaintiff's Responses to Def Request for Disclosures* |
| 02/03/2023 | **Certificate of Written Discovery**<br> *Certificate of Written Discovery - Production & ROGS* |
| 03/03/2023 | **Other**<br> *Plaintiff's Notice of Nonsuit with Prejudice* |
| 03/06/2023 | **Sent to Workflow Queue**<br> *ORDER OF NON-SUIT* |
| 03/08/2023 | **Order Signed**<br> *ORDER OF NON-SUIT SENT VIA EMAIL TO ALL PARTIES* |
| 03/24/2023 | **Notice of Filing, Filed**<br> *Notice* |

---

### FINANCIAL INFORMATION

| | | | | |
|---|---|---|---|---|
| | **Plaintiff** Garcia, Francisco Omar, Jr. | | | |
| | Total Financial Assessment | | | 457.00 |
| | Total Payments and Credits | | | 457.00 |
| | **Balance Due as of 05/10/2023** | | | **0.00** |
| 11/07/2022 | Transaction Assessment | | | 366.00 |
| 11/07/2022 | EFile Payments from TexFile | Receipt # 2022-013762 | Garcia, Francisco Omar | (229.00) |
| 11/07/2022 | State Credit | | | (137.00) |

| 11/07/2022 | Transaction Assessment | | | 91.00 |
| 11/07/2022 | EFile Payments from TexFile | Receipt # 2022-013767 | Garcia, Francisco Omar | (91.00) |

# EXHIBIT 14

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## MCALLEN DIVISION

| | | |
|---|---|---|
| **Francisco Omar Garcia Jr.** | § | |
| *Plaintiff,* | § | |
| | § | |
| **vs.** | § | **CIVIL ACTION NO. 7:23-cv-98** |
| | § | |
| | § | |
| **State Auto Insurance Companies,** | § | |
| *Defendant.* | § | |

---

## DEFENDANT STATE AUTO INSURANCE COMPANIES' LIST OF ATTORNEYS

---

Pursuant to Local Rule 81 State Auto Insurance Companies hereby identify the following attorneys involved in this case:

1. Jorge Muñoz
   State Bar No. 24072249
   LAW OFFICE OF JORGE MUÑOZ, P.L.L.C.
   210 W. Cano St., Suite A
   Edinburg, Texas 78539
   (956) 287-2889 Telephone
   (956) 287-2886 Fax
   legal@munozlawgroup.com
   **Attorney for Plaintiff**

2. Chris R. Brasure
   State Bar No. 24036257
   Southern District Bar No. 35224
   BRASURE LAW FIRM, PLLC
   135 Paseo Del Prado, Suite 32
   Edinburg, Texas 78539
   (956) 686-3555 Telephone
   (888) 880-9309 Fax
   chris@brasurelaw.com
   **Attorney for Plaintiff**

3. Mark E. Macias
   State Bar No. 00794206
   LANGLEY & BANACK, INC.
   745 E. Mulberry, Suite 700

San Antonio, Texas 78212
(210) 736-6600 Office
(210) 253-7112 Direct
(210) 735-6889 Fax
mmacias@langleybanack.com
**Attorney for Defendant State Auto Insurance Companies**

4.  Daniel Saldana
    State Bar No. 24102447
    dsaldana@langleybanack.com
    LANGLEY & BANACK, INC.
    745 E. Mulberry, Suite 700
    San Antonio, Texas 78212
    (210) 736-6600 Office
    (210) 253-7112 Direct
    (210) 735-6889 Fax
    **Attorney for Defendant State Auto Insurance Companies**

RESPECTFULLY SUBMITTED,

**LANGLEY & BANACK, INC.**
Trinity Plaza II, Seventh Floor
745 East Mulberry
San Antonio, Texas 78212-3166
(210) 736-6600 Telephone
(210) 735-6889 Facsimile
E-mail: mmacias@langleybanack.com
E-mail: dsaldana@langleybanack.com

By: _____
    **MARK E. MACIAS**
    State Bar No. 00794206
    **DANIEL SALDANA**
    State Bar No. 24102447

**ATTORNEYS FOR DEFENDANT
STATE AUTO INSURANCE COMPANIES**

## **CERTIFICATE OF SERVICE**

I hereby certify that on this **11ᵗʰ** day of **May, 2023**, a true and correct copy of the foregoing instrument was served on counsel of record as provided for in Tex.R.Civ.P. 21a.

Jorge Muñoz                         **Via Email:** legal@munozlawgroup.com
LAW OFFICE OF JORGE MUÑOZ, P.L.L.C.
210 W. Cano St., Suite A
Edinburg, Texas 78539

Chris R. Brasure                     **Via Email:** chris@brasurelaw.com
BRASURE LAW FIRM, PLLC
135 Paseo Del Prado, Suite 32
Edinburg, Texas 78539

**Attorneys for Plaintiff**

_____
Mark E. Macias